```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                   AT MARTINSBURG
```

**JEREMY JASON CROCK,**

    **Petitioner,**

                                          CIVIL ACTION NO. 3:05-0017
v.                                    CRIMINAL ACTION NO. 3:02-00064

**UNITED STATES OF AMERICA,**

    **Respondent.**

<u>**JUDGMENT ORDER**</u>

By Order filed in this case on April 25, 2005, this matter was referred to United States Magistrate Judge James E. Seibert. (<u>See</u> Doc. No. 3.) Pursuant to 28 U.S.C. § 636(b)(1)(B), the Standing Order directs Magistrate Judge Seibert to submit proposed findings and recommendation concerning the disposition of this matter. Magistrate Judge Seibert submitted his Report and Recommendation on March 14, 2006. (<u>See</u> Doc. No. 4.) The magistrate judge recommended that petitioner's motion under 28 U.S.C. § 2255 be denied. (<u>See</u> <u>id.</u> at 3.)

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted ten days, plus three mailing days, in which to file any objections to Magistrate Judge Seibert's Report and Recommendation. Within the applicable time period, petitioner filed objections.

For reasons to be discussed in a memorandum opinion filed herewith, the court **OVERRULES** the plaintiff's objections. The court further (1) **CONFIRMS** and **ACCEPTS** the magistrate judge's

findings (Doc. No. 4), (2) **DENIES** petitioner's motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc No. 1), and (3) **DIRECTS** the Clerk to remove these matters from the court's active docket and to forward a copy of this Judgment Order to the plaintiff, pro se, and to all counsel of record.

**IT IS SO ORDERED** this 11th day of July, 2006.

ENTER:

David A. Faber
United States District Judge